**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Alley*, Slip Opinion No. 2024-Ohio-5746.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2024-OHIO-5746

THE STATE OF OHIO, APPELLEE, *v.* ALLEY, APPELLANT.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Alley*, Slip Opinion No. 2024-Ohio-5746.]**

*Appeal dismissed as having been improvidently accepted.*

(No. 2024-0288—Submitted December 6, 2024—Decided December 10, 2024.)

APPEAL from the Court of Appeals for Sandusky County,

No. S-23-006, 2024-Ohio-115.

_____

The below judgment entry of the court was joined by KENNEDY, C.J., and FISCHER, DEWINE, DONNELLY, STEWART, and DETERS, JJ. BRUNNER, J., dissented and would hold the cause for the decision in 2023-1058, *State v. Smith*.

**{¶ 1}** This cause is dismissed as having been improvidently accepted.

_____

Beth A. Tischler, Sandusky County Prosecuting Attorney, for appellee.

Stahl & Stephenson and Michael H. Stahl, for appellant, Matthew Alley.

_____